ROSEVILLE INVESTMENT CORPORATION, RESPONDENT, v. SOLOMON GRUDIN, APPELLANT.

Argued May 17, 1933—Decided September 27, 1933.

For the appellant, *Tumarkin & Kasen* (*William B. Kasen*, of counsel).

For the respondent, *Philip Mandelbaum* (*Herman Marx*, of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Smith in the Circuit Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 15.

*For reversal*—None.